UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEREMY SANTIAGO, 01-A-3979,

                Plaintiff

                                        ORDER
-vs-                                       05-CV-6140 CJS

HERB, et al.,

                Defendants

---

      Defendants in this action having filed a motion [#4] to transfer venue of this action to the United States District Court for the Northern District of New York, and the Honorable Marian W. Payson, United States Magistrate Judge, having issued a Report and Recommendation [#11] on July 6, 2006, recommending that the motion be granted, and no objections having been filed, it is hereby

      ORDERED, that the Report and Recommendation is approved and adopted in its entirety; and it is further

      ORDERED, that this action is transferred to the United States District Court for the Northern District of New York.

      SO ORDERED.

Dated: Rochester, New York
       October 10, 2006         ENTER:

                                             /s/ Charles J. Siragusa
                                             CHARLES J. SIRAGUSA
                                             United States District Judge